

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00533-CV

Oscar Leo **QUINTANILLA**,
Appellant

v.

Andrew Bradford **WEST**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-06259
Honorable David A. Canales, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order denying appellant Oscar Leo Quintanilla's motion to dismiss under the Texas Citizens Participation Act is REVERSED, and the cause is REMANDED to the trial court for further proceedings consistent with this court's opinion.

It is ORDERED that appellant Oscar Leo Quintanilla recover his costs of appeal from appellee Andrew Bradford West.

SIGNED April 26, 2017.

_____
Rebeca C. Martinez, Justice